960

No. 562. BOARD OF SUPERVISORS OF PRINCE EDWARD COUNTY ET AL. *v.* GRIFFIN ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE STEWART are of the opinion that certiorari should be granted. *J. Segar Gravatt* and *Wm. F. Watkins, Jr.,* for petitioners.

No. 572. SINFIELD *v.* DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF MONTANA, IN AND FOR THE COUNTY OF MISSOULA, ET AL. Sup. Ct. Mont. Certiorari denied. Motion of Montana Power Co. to be added as a party respondent granted. Certiorari denied. *Edward T. Dussault* for petitioner. *Francis M. Shea* and *William H. Dempsey, Jr.,* for respondent Montana Power Co.

No. 573. PEYTON, PENITENTIARY SUPERINTENDENT *v.* TIMMONS. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Robert Y. Button,* Attorney General of Virginia, and *Reno S. Harp III,* Assistant Attorney General, for petitioner. *Daniel Hartnett* for respondent.

No. 577. HACKIN *v.* LOCKWOOD ET AL. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 579. UNITED NUCLEAR CORP. *v.* MOKI OIL & RARE METALS Co. C. A. 10th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Lawrence R. Taylor* for petitioner. *Hubert D. Johnson* for respondent.

No. 300, Misc. WING *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. Petitioner *pro se. Norman Heine* for respondent.